940 A.2d 269

IN THE MATTER OF VINCENT E. BEVACQUA,
AN ATTORNEY AT LAW.

January 23, 2008.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **VINCENT E. BEVACQUA of NEWARK,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three years, effective December 15, 2004, by Order of this Court filed September 29, 2005, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall submit annual audits of his attorney accounts to the Office of Attorney Ethics for a period of two years and until the further Order of the Court.